UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SEBASTIAN DOMINGO GONZALEZ SEBASTIAN,

Petitioner,

v. Case No.: 2:26-cv-02971-SPC-KRH

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Sebastian Domingo Gonzalez Sebastian's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 3).

Gonzalez Sebastian is a native and citizen of Guatemala. He entered the United States without inspection on August 2, 2022, as an unaccompanied minor. He has applied for asylum and withholding of removal, and the government granted him employment authorization through February 2029. On August 27, 2026, Immigration and Customs Enforcement (ICE) arrested Gonzales Sebastian because of his immigration status. He is now detained at Glades County Detention Center.

In his habeas petition, Gonzalez Sebastian claims his detention is unlawful because the government has not afforded him an individualized bond hearing. But in response, the government demonstrates that Immigration

Judge Frank Pimentel conducted a custody redetermination hearing on September 30, 2026, found Gonzalez Sebastian to be a flight risk and danger to the community, and denied release on bond. Gonzalez Sebastian does not identify any problem with the hearing that could amount to a violation of his right to due process or otherwise challenge the lawfulness of his detention.

The proper way to challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e).

Gonzalez Sebastian is not entitled to habeas relief based on any ground in his petition. Accordingly, Gonzalez Sebastian's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on November 18, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record